IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| T. D., a minor, by next friend and mother, Marydiane Davis, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:04-cv-439-F WO |
| EAST ALABAMA WOMEN'S CLINIC, P.C. and GWEN M. COOPER, M.D., | ) ) ) | |
| Defendants. | ) | |

## **JUDGMENT**

Having come before the Court on the Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a) filed on May 12, 2005 (Doc. # 65), and this court having considered the same, it is hereby

ORDERED, ADJUDGED and DECREED that this cause is hereby DISMISSED with prejudice.

It is further ORDERED that costs are hereby taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 13th day of May, 2005.

                                                 /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE